**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6277**

TROY R. SUTTON,

Plaintiff - Appellant,

versus

UNITED STATES POSTAL SERVICE; RICHARD W.
FLEENOR, Postmaster,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-97-125-2)

Submitted: August 28, 1997      Decided: September 16, 1997

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Troy R. Sutton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his Bivens[*] action under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Sutton v. United States Postal Serv., No. CA-97-125-2 (E.D. Va. Feb. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).